**Order entered March 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00050-CV

## WINSTEAD PC, Appellant

## V.

## DEWEY M. MOORE, JR., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15858**

## ORDER

Before the Court is appellant's March 17, 2020 unopposed second motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**, and appellant's brief shall be filed by **March 31, 2020**.

/s/    ERIN A. NOWELL
           JUSTICE